**United States District Court**
For the Northern District of California

\*E-FILED\*
**November 18, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK LAL, | No. C 05-03080 RS |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| AMERICAN AIRLINES, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for December 14, 2005 at 2:30 p.m. is continued to **January 25, 2006 at 2:30 p.m.** The last day for the parties to complete initial disclosures or state objections in Rule 26(f) Report, to file and serve their Rule 26(f) Report and file and serve their Joint Case Management Statement shall be January 18, 2006.

IT IS SO ORDERED.

Dated: November 18, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Margaret Akdeniz, Esq.
Email: mga@akdenizlawgroup.com

Paula Champagne, Esq.
Email: pchampagne@littler.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 18, 2005

                       CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                       By:   /s/BAK