MARGARET G. AKDENIZ, Bar No. 202551
AKDENIZ LAW GROUP
2033 Gateway Place, Suite 500
San Jose, CA 95110
Telephone: 408.694.3143

*E-FILED 12/19/05*

Attorneys for Plaintiff
ASHOK LAL

PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHOK LAL, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, and DOES 1 though 50, inclusive, <br><br> Defendants. | Case No. C-05-03080 RS <br><br> **STIPULATION AND XXXXXXXXX ORDER TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND ORDER RESCHEDULING HEARING DATE**   1   Case No. C-05-03080 RS

The parties hereby stipulate that the Defendant American Airlines, Inc.'s motion to dismiss shall be rescheduled from January 4, 2006 at 9:30 a.m. to January 11, 2006 at 9:30 a.m.

Dated: 12/16/05

MARGARET G. AKDENIZ
AKDENIZ LAW GROUP
Attorneys for Plaintiff
ASHOK LAL

Dated: December 19, 2005

PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

## ORDER

Based upon the parties' stipulation, the Court hereby orders that Defendant's motion to dismiss shall be heard on January 11, 2006 at 9:30 a.m.

IT IS SO ORDERED.

Dated: December 19, 2005

/s/ Richard Seeborg
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Firmwide:80671911.1 009001.1289

STIPULATION AND ORDER
RESCHEDULING HEARING DATE     2     Case No. C-05-03080 RS