1  MARGARET G. AKDENIZ, ESQ. SBN 202551
   AKDENIZ LAW GROUP
2  2033 Gateway Place, Suite 500
3  San Jose, CA 95110
   Telephone: (408) 694-3143
4
5  Attorney(s) for Plaintiff,
   ASHOK LAL.
6

**FILED**
JUL 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ASHOK LAL, | ) | Case No. C-05-03080 RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| | ) | [FRCP 41(a) (1)] |
| v. | ) | AND ORDER THEREON |
| | ) | |
| AMERICAN AIRLINES, and DOES 1 through 50, inclusive | ) | |
| Defendant(s). | ) | |

Akdeniz Law Group
2033 Gateway Place
Suite 500
San Jose, CA 95110

STIPULATION TO DISMISS ACTION WITH PREJUDICE

Case No. C-05-03080 RS

1  It is hereby stipulated by and between the parties to this action through their designated
2  counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to
3  FRCP 41(a) (1).
4
5  ASHOL LAL
6  July /9 2006                     MARGARET G. AKDENIZ
7                                   AKDENIZ LAW GROUP
                                    Attorney for Plaintiff
8
9
10
11 AMERICAN AIRLINES
12 July 19 2006                     PAULA CHAMPAGNE
13                                  LITTLER MENDELSON
                                    Attorneys for Defendant
14
15    IT IS SO ORDERED.
16    Dated:   July 20, 2006
17
18
19
20                                  RICHARD SEEBORG
                                    United States Magistrate Judge
21
22
23
24
25
26
27
28

Akdeniz Law Group       STIPULATION TO DISMISS ACTION WITH                Case No. C-05-03080 RS
2033 Gateway Place      PREJUDICE
Suite 500
San Jose, CA 95110